RENTON PROPERTIES, LLC

VERSUS

213 UPLAND, LLC, MARGARET W.
TONTI, ROBERT J. TONTI, OHIO
MANAGEMENT, LLC, CORPORATE
REALTY LEASING COMPANY, INC.,
MARY CARRONE, EMILY KRAMER,
CHARLES R. CANNON, III, JODYCORP,
LLC, DUFF FRIEND, AND R. LEWIS
MCHENRY

NO. 20-C-133

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 04, 2020

Susan Buchholz

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Susan M. Chehardy,
Jude G. Gravois, and Stephen J. Windhorst

**REHEARING DENIED**

> **SMC**
> **JGG**
> **SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/04/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**20-C-133**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (District Judge)

Deborah A. Villio (Respondent)
Robert L. Raymond (Respondent)
Richard C. Stanley (Relator)
Michael E. Botnick (Respondent)
Jefferson R. Tillery (Respondent)

James C. Raff (Respondent)
Endya L. Hash (Relator)
Howard E. Sinor, Jr. (Respondent)
Gerald A. Melchiode (Respondent)

Michael L. Fantaci (Respondent)

### MAILED

Michael S. Ricci (Respondent)
Attorney at Law
101 West Robert E. Lee Boulevard
Suite 400
New Orleans, LA 70124

Heather L. Kirk (Respondent)
Attorney at Law
201 St. Charles Avenue
Suite 5100
New Orleans, LA 70170-5100